In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Real Property Required for Opening Rochester Avenue in the Borough of Brooklyn.

THE CITY OF NEW YORK et al., Appellants and Respondents; LIBBY KUHNBERG et al., Respondents and Appellants.

(Argued April 16, 1934; decided April 27, 1934.)

*Paul Windels, Corporation Counsel (Patrick S. Mac-Dwyer* of counsel), for City of New York et al., appellants and respondents.

*Raphael H. Weissman* for Libby Kuhnberg et al., respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE and LEHMAN, JJ., who vote to reverse and to affirm the order of Special Term. Not sitting: KELLOGG, J.